IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHEN A. HEUERTZ,<br><br>               Plaintiff,<br><br>     v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>               Defendant. | **8:16CV178**<br><br>**ORDER** |

       On September 1, 2016, the United States Judicial Panel on Multidistrict Litigation transferred (Filing No. 18) this case to the United States District Court for the Southern District of California for coordinated or consolidated proceedings under 28 U.S.C. § 1407. That court granted summary judgment to defendant Portfolio Recovery Associates, LLC on plaintiff Stephen A. Heuertz's claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, but did not resolve the other issues in the case.

       On December 8, 2023, the Multidistrict Litigation Panel remanded the case to this Court for further proceedings (Filing No. 19). On remand, the parties filed a joint Notice of Case Dismissal With Prejudice (Filing No. 20) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). In light of the foregoing, this case is dismissed with prejudice as to all parties, with each party to pay its own fees and costs to the extent not otherwise agreed by the parties.

       SO ORDERED.

       Dated this 12th day of January 2024.

                                                              BY THE COURT:

                                                               Robert F. Rossiter, Jr.
                                                               Chief United States District Judge